IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROOSEVELT PARKER**                                                         **PLAINTIFF**

**v.**                                            **CAUSE NO.: 2:22-cv-45-HSO-BWR**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                         **DEFENDANT**

<u>**NOTICE OF INTENT TO SERVE SUBPOENA**</u>

TO:   Lindsey A. Topp
      Hair Shunnarah Trial Attorneys
      2540 S. 1-10 Service Road, West, Ste. 300
      Metairie, LA  70001

**PLEASE TAKE NOTICE** that in accordance with Rule 45(b)(1) of the Federal Rules of Civil Procedure, the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, intends to serve a Subpoena to Produce Documents, Information, or Objects or Permit Inspection of Premises in a civil action on **ATA Loss Consulting, LLC, c/o Skyla Tanner**, which address is **25910 Canal Road, Suite 269, Orange Beach, AL 36561**.  A copy of the Subpoena is attached hereto as Exhibit "A."

**DATED**: February 3, 2023.

                                                      Respectfully submitted,
                                                      BRYAN, NELSON, SCHROEDER,
                                                      CASTIGLIOLA & BANAHAN, PLLC
                                                      Attorneys for Defendant,

                                                      **STATE FARM FIRE AND CASUALTY**
                                                      **COMPANY**

                                                   BY:  /s/ Michael R. Moore
                                                       **H. BENJAMIN MULLEN (MSB 9077)**
                                                       **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
Email:  ben@bnscb.com
Email:  michael@bnscb.com

## **CERTIFICATE OF SERVICE**

I, **MICHAEL R. MOORE**, one of the attorneys for the Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, do hereby certify that I have this date electronically filed the foregoing Notice of Intent to Serve Subpoena with the Clerk of Court using the ECF system which sent notification to counsel of record.

**DATED**:  February 3, 2023.

BY:  /s/ Michael R. Moore
       **MICHAEL R. MOORE (MSB 104505)**

**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Avenue (39567)
Post Office Drawer 1529
Pascagoula, MS 39568-1529
Telephone No.  (228) 762-6631
Fax No.  (228)769-6392
Email:  michael@bnscb.com