# State Farm

PARKER, ROOSEVELT                                                                                                 24-18S3-76N

|  |  |  |  |
|---|---|---|---|
| Insured: | PARKER, ROOSEVELT | Estimate: | 24-18S3-76N |
| Property: | 52 HIGHWAY 589 | Claim Number: | 2418S376N |
|  | SUMRALL, MS 39482 | Policy Number: | 241729211 |
| Home: | 601-758-0888 | Price List: | MSHA28_APR21 |
| Cellular: | 601-310-0973 |  | Restoration/Service/Remodel |
| Type of Loss: | Wind Damage |  |  |
| Deductible: | $2,512.00 |  |  |
| Date of Loss: | 4/9/2021 |  |  |
| Date Inspected: | 5/9/2021 |  |  |

## Summary for Coverage A - Dwelling - 35 Windstorm and Hail

| | |
|---|---|
| Line Item Total | 3,387.86 |
| Material Sales Tax | 41.98 |
| Subtotal | 3,429.84 |
| Service Sales Tax | 39.87 |
| Replacement Cost Value | 3,469.71 |
| Less Depreciation (Including Taxes) | (668.89) |
| Less Deductible | (2,512.00) |
| Net Actual Cash Value Payment | $288.82 |

## Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line Item Depreciation (Including Taxes) | 668.89 | |
| Replacement Cost Benefits | 668.89 | |
| Total Maximum Additional Amount Available If Incurred | | 668.89 |
| Total Amount of Claim If Incurred | | $957.71 |

_____

Garcia, Tito
844-458-4300 x 9725416236
McKinley, Shane

### ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.

The estimate is priced based on estimated market pricing at the time of the loss. Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, contact your claim representative. If your contractor's estimate is higher than ours, you should contact your claim representative prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy limits.

Exhibit " A "
Page 1 of 1

Date:   3/14/2022 10:48 PM                                                                                                          Page: 3

**PARKER ECS 131**