

Alexander Shunnarah [1]   Galen Hair [2,4,9,13]   [1] Licensed in AL
Larry Nussbaum [7]        Lori A. Waters [4]       [2] Licensed in FL
J. Ross Massey [15]       Chancie Coomer [9,12]    [3] Licensed in MS
Lauren E. Checki [4]      John S. H. Miner [3]     [4] Licensed in LA
David C. Spinner [4]      M. Denzell Moton [1,6,7,8]  [5] Licensed in TN
Madison C. Pitre [4]      Meghann Chonowski [10,12]  [6] Licensed in GA
Trent J. Moss [4]         Shane Welch [13,16,10]   [7] Licensed in NC
Kyle C. Usner [4]         Stephanie Frederick [4]  [8] Licensed in SC
Mary K. Taliancich [4]    Stephen Collins [4,16]   [9] Licensed in AR
Sophia Johnson [4,10,14,17]  Lindsey A. Topp [3,4]  [10] Licensed in TX
Samuel J. Ford [4]        Shay Jaume [4]           [11] Licensed in MA
W. Parker Logan [4]       Elizabeth Tamporello [4] [12] Licensed in NY
                                                   [13] Licensed in IN
                                                   [14] Licensed in IL
                                                   [15] Licensed in DC
                                                   [16] Licensed in CA
                                                   [17] Licensed in CO

January 28, 2021

**Via E-Mail: statefarmfireclaims@statefarm.com**
Mr. Tito Garcia
State Farm Insurance Company
P.O. Box 106169
Atlanta, GA 30348-6169

|  | | |
|---|---|---|
| **Re:** | **My Client:** | **Roosevelt Parker** |
| | **Claim #** | **24-18S3-76N** |
| | **Policy #** | **241729211** |
| | **D/O/L** | **04/09/2021** |

By way of introduction this office represents Roosevelt Parker with respect to the above-referenced claim. Do not communicate with our insured directly. Moreover, all payments should include "Insurance Claim Lawyers, Inc." as a payee and should be mailed to 3540 S. I-10 Service Rd. W, Suite 300, Metairie, LA 70001. The following constitutes Roosevelt Parker's proof of loss in the above-referenced claim.

## The Property

Roosevelt Parker purchased an insurance policy through State Farm Fire & Casualty Company ("State Farm") for the property located at 52 Highway 589, Sumrall, MS 39482.

On or around April 9, 2021, a windstorm caused extensive damage to the Property, including significant damages to the exterior, interior, and personal property located therein.

## The Property's Damages

This office has arranged for the property to be thoroughly inspected. On or about August 4, 2021, Roosevelt Parker contracted Public Adjuster Tommy Tompkins of ATA Loss Consulting, LLC ("ATA") to inspect the Property and value the related damages. Mr. Tompkins discovered extensive damage to the Property caused by the windstorm. Mr. Tompkins documented $141,178.64 in damages to the dwelling and $604.11 in damages to other structures. There were additional damages sustained to Mr. Parker's personal property, which we intend to submit at a later date.

Mississippi law provides that proof of loss has a liberal interpretation as to form in order to put an insurer on notice. The purposes of the notice clause is merely to place the insurer on notice of an occurrence, rather than to require the insured to make a full investigation of the occurrence himself. *Hood v. Fireman's Fund Ins. Co.*, 412 F. Supp. 846, 851 (S.D. Miss. 1976). The

**PARKER ECS 742**

Exhibit "B"
Page 1 of 2



Alexander Shunnarah [1]   Galen Hair [2,4,8,13]   [1] Licensed in AL
Larry Nussbaum [8]   Lori A. Waters [4]   [2] Licensed in FL
J. Ross Massey [15]   Chancie Coomer [9,12]   [3] Licensed in MS
Lauren E. Checkl [4]   John S. H. Miner [3]   [4] Licensed in LA
David C. Spinner [4]   M. Denzell Moton [1,6,7,8]   [5] Licensed in TN
Madison C. Pitre [4]   Meghann Chonowski [10,12]   [6] Licensed in GA
Trent J. Moss [4]   Shane Welch [13,16]   [7] Licensed in NC
Kyle C. Usner [4]   Stephanie Frederick [4]   [8] Licensed in SC
Mark Gallardi [4]   Steven Colby [4]   [9] Licensed in AR
Sophia Johnson [4]   Lindsey A. Topp [4]   [10] Licensed in TX
Samuel J. Ford [4]   Shay Jaume [4]   [11] Licensed in MA
W. Parker Logan [4]   Elizabeth Tampotello [4]   [12] Licensed in MO
   [13] Licensed in VA
   [14] Licensed in DC
   [15] Licensed in CA
   [16] Licensed in CO

TRIAL ATTORNEYS

primary concern of the court should be whether notice was in fact given to the insured, and not how it was given. *Id.*

To that end and consistent with the attachments hereto, it requested that you immediately tender payment based on the proof of loss in the following amounts:

| | |
|---|---|
| Dwelling: | $141,178.64 |
| Other Structures: | $604.11 |
| Contents: | $TBD |
| Loss of Use: | $TBD |
| **Total:** | **$141,782.75** |

Failure to timely and adequately pay on this proof of loss will open State Farm up to liability according to Mississippi's Code of Insurance.

Mississippi Code Section 83-9-5(h) states that all benefits payable under the Policy, for any loss, will be paid within twenty-five (25) days after receipt of due written proof of such loss electronically, and will be paid within thirty-five (35) days after receipt of due written proof of such loss where claims are submitted in paper format. Any claim or portion thereof resubmitted with the supporting documentation and information requested by the insurer shall be paid within twenty (20) days after receipt. *Id.*

I have enclosed for your review:

1. ATA, Estimate & Photos.

This estimate is tentative in nature and is subject to increase. Please contact me as soon as possible to discuss.

The insured reserves all rights he may have under the insurance policy, including, but not limited to, supplementing the claim or filing additional Proofs of Loss, should cause arise. The Proof of Loss does not address hidden damages and does not include any unknown damages or complications or additional costs that may be associated with any repair/ replacement of the damages to the insured property. If this Proof of Loss does not comply with the policy conditions, you are hereby instructed to inform the insured through undersigned counsel within fifteen (15) days from the date of the Proof of Loss or any deficiencies will be considered waived.

Sincerely,

Lindsey A. Topp, Esq.

Mailing:
3540 S I-10 Service Rd W, Ste 300
Metairie, LA 70001

Doing Business as Insurance Claim HQ & Insurance Claim Lawyers, Inc.

Alabama · Georgia · Mississippi · Louisiana · Tennessee · Florida · Arkansas · Texas · Massachusetts

844-252-4684
www.insuranceclaimhq.com
Fax: 504.613.6351

**PARKER ECS 743**