**ATA Loss Consulting**

|  |  |
|---|---|
| Insured: | Parker, Roosevelt |
| Property: | 52 Mississippi 589 |
|  | Sumrall, MS 39482 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Tommy Tompkins | Business: | (800) 935-9270 |
| Company: | ATA Loss Consulting LLC | | |
| Business: | 25910 Canal Road, Suite 269 | | |
|  | Orange Beach, AL 36561 | | |

| | | | |
|---|---|---|---|
| Estimator: | ATA Loss Consulting, LLC | Business: | (800) 935-9270 |

**Claim Number:** 2418S376N  **Policy Number:** 241729211  **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 8/4/2021 12:00 AM | | |
| Date of Loss: | 4/9/2021 12:00 AM | Date Received: | 7/20/2021 12:00 AM |
| Date Inspected: | 12/14/2021 12:00 AM | Date Entered: | 12/27/2021 12:00 AM |

| | |
|---|---|
| Price List: | MSHA8X_JAN22 |
|  | Restoration/Service/Remodel |
| Estimate: | PARKER_ROOSEVELT |

**Please note this is a preliminary estimate. This estimate has been prepared and created with the information available at the time of inspection. This estimate does not include any hidden or unforseen damages that may arise once repairs commence. This estimate is subject to change at any time once new information is presented.**

PARKER ECS 695

Exhibit "C"
Page 1 of 1