IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ROOSEVELT PARKER**                                                                      **PLAINTIFF**

**VS.**                                                      **CASE NO.: 2:22-cv-00045-HSO-BWR**

**STATE FARM FIRE AND
CASUALTY COMPANY**                                                              **DEFENDANT**

### RULE 26(a) EXPERT DISCLOSURES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Roosevelt Parker, and files his Rule 26(a) Expert Disclosures pursuant to the Federal Rules of Civil Procedure.

The following experts may have discoverable information Plaintiff intends to use to support his claims:

1. Scott Berberich of ATA Loss Consulting, LLC ("ATA"):

    a. <u>Subject matter on which the witness is expected to testify</u>: Plaintiff's loss consultant will testify to the valuation of damages, scope of damages, and causal link between the loss event and damages incurred by the Property under all coverages.

    b. <u>Summary of the facts and opinions to which the witness is expected to testify</u>: ATA was hired by Mr. Parker to create an estimate of damages for his losses suffered on or about April 9, 2021, at his property located at 52 Mississippi Highway 589, Sumrall, Mississippi 39482. ATA inspected the Property and created an estimate of damages based on that inspection. It is Mr. Berberich's opinion that any fair application of industry standard, when valuing the damages to the property located at 52 Mississippi Highway 589, Sumrall, Mississippi



Exhibit " F "
Page 1 of 3

39482, would produce a valuation at or above the estimate prepared by ATA, as demonstrated by its valuation report. It is Mr. Berberich's opinion that the ATA estimate and supporting documents are true and correct, comprehensive, detailed description of the amount of work required to repair Mr. Parker's Property and return the home to its pre-loss condition. The weather event that occurred on or about April 9, 2021 significantly damaged the Property.

                                  **RESPECTFULLY SUBMITTED:**

*/s/ Lindsey A. Topp*
_____
Lindsey A. Topp, MS Bar No. 104182
**HAIR SHUNNARAH TRIAL ATTORNEYS, LLC**
**d/b/a INSURANCE CLAIM HQ**
**d/b/a INSURANCE CLAIM LAWYERS, INC.**
3540 S. I-10 Serv. Rd., W., Ste. 300
Metairie, Louisiana 70001
Ph: 504-684-5200
Fax: 504-613-6351
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Expert Disclosures have been served on all counsel of record to these proceedings by electronic mail and/ or by depositing same in the U.S. Mail, properly addressed and first-class postage prepaid on this 5th day of October, 2022.

_Lindsey A. Topp_
Lindsey A. Topp, MS Bar No. 104182