

To Whom It May Concern,

I am a licensed Adjuster and Senior Loss Consultant with ATA Loss Consulting. I have 19 years of experience adjusting and valuing damages. My experience in this field makes me capable of speaking to the losses suffered and the amounts owed in this particular matter. My CV is attached.

ATA was hired by Hair Shunnarah Trial Attorney's at a rate of $375.00 per hour to create an estimate of damages for the loss suffered on April 9, 2021, for the property located at 52 Mississippi Highway 589, Sumrall, Mississippi 39482 (hereinafter referred to as the "Property"). The Property was inspected on or about December 14, 2021, and an estimate of combined damages was created based on that inspection.

I understand that a lawsuit was filed against State Farm Fire and Casualty Company for its refusal to properly indemnify Roosevelt Parker for his Property's damages.

I have reviewed the estimates and reports created by/for State Farm Fire and Casualty Company, and none of those documents change my opinion. It is my opinion that any fair application of industry standards, when valuing the damages to the Property would produce a valuation at or above the estimate prepared by ATA Loss Consulting, as demonstrated by the attached valuation report.

Respectfully,
Scott Berberich
Senior Loss Consultant
(251) 599-0138
Scott.Berberich@ATAclaims.com
info@ATAclaims.com
www.ATAclaims.com

Exhibit " G "
Page 1 of 1