

ATA Loss Consulting, LLC
25910 Canal Road, STE 269
Orange Beach, AL 36561
(800) 935-9270
info@ATAclaims.com
www.ATAclaims.com

# SCOTT BERBERICH - Senior Loss Consultant

## INTRODUCTION

With more than 19 years of industry experience, Mr. Berberich has become a proven leader as a Property Loss Expert. Since 2004 Mr. Berberich has participated in over 16 Hurricane events as well as handling several thousand non-storm related loss evaluations. Mr. Berberich is licensed as an Adjuster in multiple states and is an authorized flood adjuster. Currently Mr. Berberich serves as a Senior Loss Consultant with ATA Loss Consulting.

## WORK HISTORY

**ATA Loss Consulting, LLC**
*2021 - Present*
Senior Loss Consultant providing appraisal, estimation and final review of residential, commercial, large and complex losses.

**Bayshore Services, LLC**
*May 2015 - Present*
Serves as a General Adjuster, performing file and Quality Control reviews.
Past Member of the Special Operations team for FEMA's Sandy Task Force as well as functioning as a FEMA Task Force trainer.

**Pilot Catastrophe Services - Independent Adjuster**
*2008 - 2015*
Independent Insurance Adjuster inspecting and writing estimates for wind, hail, snow, fire and flood damages for small commercial and residential losses. Processed thousands of claims across a 14 state area. Performed file review and supplemental estimating tasks for multiple major events.

**Premier Adjusters Inc. - Independent Adjuster**
*2004 - 2008*
Independent Insurance Adjuster performing inspections and writing estimates for wind, fire and flood damages.
Performed re-inspections and estimated claims for hurricanes Ivan, Dennis, Katrina and Rita.

Exhibit " H "
Page 1 of 2

**Education, Licensing and Certifications**

Majored in Business Administration at Faulkner University as well completing studies at the University of Mobile.
License Adjuster: Alabama, Mississippi, Louisiana, Florida, & Texas
National Flood Insurance Program Authorized Adjuster
Xactimate Level 3 Certified


References are available upon request.