```
1              IN THE UNITED STATES DISTRICT COURT

2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

3                      EASTERN DIVISION

4

5    ROOSEVELT PARKER,

6            Plaintiff,

7

8    VERSUS              CIVIL ACTION NO.  2:22-cv-45-HSO-BWR

9

10   STATE FARM FIRE AND

11   CASUALTY COMPANY,

12           Defendant.

13

14

15

16

17

18

19

20      VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH

21

22       Taken via Zoom Videoconference Software, on

23       Tuesday, January 10, 2023, beginning at

24       1:00 p.m.

25
```

Exhibit " J "
Page 1 of 3

```
 1        Q.    Okay.  And I understand that you were
 2   being paid $70 an hour by ATA; is that correct?
 3        A.    Yes.
 4        Q.    Outside of that $70 that you are being
 5   paid by ATA, are you seeking any other
 6   compensation for your work on Mr. Parker's case?
 7        A.    No.
 8        Q.    To date, how much time have you spent
 9   working on Mr. Parker's claim?
10        A.    I apologize.  I couldn't hear you.
11        Q.    To date, how much time have you spent
12   working on Mr. Parker's claim?
13        A.    Maybe three hours, three-and-a-half
14   hours, something like that.
15        Q.    All right.  And that three-and-a-half
16   hours, what all tasks were you doing on his
17   behalf?
18        A.    Reviewing the documentation, reviewing
19   the photos, the estimate that ATA wrote, the
20   estimate from the insurance company, the
21   documentation from the roofer that you all got the
22   roofer's opinion, I guess, and then also, the
23   engineer's report.  So reviewing those documents
24   and the photos in those, and ATA's estimate and
25   their photos.
```

```
 1        Q.    I just want to make sure I get a complete
 2   idea of what all you have reviewed.  I have the
 3   roofer's report that was done by Andy Woodard, the
 4   engineering report by Mark Watson, the State Farm
 5   estimate, the ATA estimate and the ATA photos.
 6   Was there anything else that you reviewed that I
 7   missed there?
 8        A.    Let's see.  The policy, the Hover report.
 9   I believe that's it.
10        Q.    Okay.  And you did review the policy that
11   was issued by State Farm to Mr. Parker?
12        A.    Quickly, yes.  Also, notes, reviewed some
13   of the notes as to -- as to who inspected the
14   loss.
15        Q.    When you say the notes, you are talking
16   about notes in State Farm's claim file?
17        A.    No.  The -- in ATA's notes, basically, or
18   looking at the notes to see who went out and
19   inspected the loss.
20        Q.    And what notes are those?
21        A.    They're just -- they're notes in ATA's
22   system.  They're documentation notes of, like,
23   phone calls of speaking -- you know, setting up an
24   appointment with the insured, very generic type
25   notes.
```