```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                         EASTERN DIVISION
 4
 5   ROOSEVELT PARKER,
 6          Plaintiff,
 7
 8   VERSUS              CIVIL ACTION NO. 2:22-cv-45-HSO-BWR
 9
10   STATE FARM FIRE AND
11   CASUALTY COMPANY,
12          Defendant.
13
14
15
16
17
18
19
20        VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH
21
22        Taken via Zoom Videoconference Software, on
23        Tuesday, January 10, 2023, beginning at
24        1:00 p.m.
25
```

Exhibit " K "
Page 1 of 3

```
 1      Q.   I just want to make sure I get a complete
 2   idea of what all you have reviewed.  I have the
 3   roofer's report that was done by Andy Woodard, the
 4   engineering report by Mark Watson, the State Farm
 5   estimate, the ATA estimate and the ATA photos.
 6   Was there anything else that you reviewed that I
 7   missed there?
 8      A.   Let's see.  The policy, the Hover report.
 9   I believe that's it.
10      Q.   Okay.  And you did review the policy that
11   was issued by State Farm to Mr. Parker?
12      A.   Quickly, yes.  Also, notes, reviewed some
13   of the notes as to -- as to who inspected the
14   loss.
15      Q.   When you say the notes, you are talking
16   about notes in State Farm's claim file?
17      A.   No.  The -- in ATA's notes, basically, or
18   looking at the notes to see who went out and
19   inspected the loss.
20      Q.   And what notes are those?
21      A.   They're just -- they're notes in ATA's
22   system.  They're documentation notes of, like,
23   phone calls of speaking -- you know, setting up an
24   appointment with the insured, very generic type
25   notes.
```

```
 1      Q.   Okay.  And is that -- what kind of -- is
 2  this all within some sort of computer system or is
 3  this a Word document saved in a file?  How are
 4  those maintained?
 5      A.   No.  It's in their system.
 6      Q.   Do you know what the name of that
 7  software is?
 8      A.   MyCase.
 9      Q.   When you said earlier that you quickly
10  reviewed insurance policies, what specifically in
11  the policy?  What portions did you review?
12      A.   The dec. page, the coverages, let's see,
13  to see if it was an ACB or RCB claim.  I was
14  checking to see if there was any kind of -- if
15  there was any kind of wind or rain exclusion.  I
16  did not review it thoroughly, though.
17      Q.   All right.  In addition to reviewing
18  those documents that we've been over, what other
19  work have you done on behalf of Mr. Parker's
20  claims?
21      A.   Nothing.
22      Q.   All right.  And we have up here the
23  report you prepared.  You did prepare this report,
24  right?
25      A.   Yes.
```