```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                      EASTERN DIVISION
 4
 5   ROOSEVELT PARKER,
 6         Plaintiff,
 7
 8   VERSUS           CIVIL ACTION NO. 2:22-cv-45-HSO-BWR
 9
10   STATE FARM FIRE AND
11   CASUALTY COMPANY,
12         Defendant.
13
14
15
16
17
18
19
20      VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH
21
22      Taken via Zoom Videoconference Software, on
23      Tuesday, January 10, 2023, beginning at
24      1:00 p.m.
25
```

```
 1      Q.   All right.  So is it your opinion that
 2  all of the repairs identified in this Exhibit 7
 3  were necessitated by the weather event that
 4  occurred at Mr. Parker's house on April 9th, 2021?
 5      A.   Can you say that one more time, please?
 6      Q.   Yes.  Is it your opinion that all of the
 7  repairs identified in this Exhibit 7 were
 8  necessitated by the weather event that occurred at
 9  Mr. Parker's house on April 9th, 2021?
10      A.   I believe that this estimate is a fair
11  representation of the damages, yes.
12      Q.   Okay.  So when you say it's a fair
13  representation, is it fair to say that there may
14  be things in here that are not storm-related?
15      A.   No.  What I'm -- no.  No.  I'm just
16  saying that, you know, basically, their assessment
17  of the -- or their estimate that was written, I
18  believe is a fair assessment of the damages
19  occurred by the storm and the repairs that are
20  needed in order to, I guess you would say, put the
21  house back, to make the repairs properly.
22      Q.   Have you inspected Mr. Parker's property?
23      A.   No, I have not.
24      Q.   All right.  So how can you say that this
25  estimate is a poor representation of the repairs
```