```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                         EASTERN DIVISION
 4
 5    ROOSEVELT PARKER,
 6          Plaintiff,
 7
 8    VERSUS            CIVIL ACTION NO. 2:22-cv-45-HSO-BWR
 9
10    STATE FARM FIRE AND
11    CASUALTY COMPANY,
12          Defendant.
13
14
15
16
17
18
19
20       VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH
21
22         Taken via Zoom Videoconference Software, on
23         Tuesday, January 10, 2023, beginning at
24         1:00 p.m.
25
```

Exhibit "M"
Page 1 of 2

```
 1   surfaces, and the photos to see what areas of
 2   damage occurred in what rooms.  But it's a
 3   combination of using all those tools to come up
 4   with a -- with an estimate of repair.
 5        Q.   And I'm not necessarily, at this point,
 6   talking about what it takes to prepare the
 7   estimate.  I want to know what it took to prepare
 8   your opinion that the estimate is a fair
 9   representation of the repairs needed to repair the
10   damage caused by the storm on April 9th, 2021.  So
11   I'm trying to understand what your process was in
12   arriving at your opinion that this is a fair
13   representation of that.
14        A.   Well, I mean, okay, so the photos are
15   showing what kind of damages are there, but you
16   can't -- the photos, alone, don't -- cannot get
17   you a proper estimate without using the
18   measurements and they use DocuSketch to be able to
19   get those.  DocuSketch is a very good quality tool
20   to be able to get that.  But the photos, alone,
21   are not able to get that.  It requires all of
22   them.
23        Q.   Okay.  So to formulate your opinion that
24   this Exhibit 7 is a fair representation of the
25   repairs needed to repair the damage caused by the
```