```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          EASTERN DIVISION



  ROOSEVELT PARKER,                              PLAINTIFF



  v.                     CAUSE No. 2:22-CV-45-HSO-BWR


  STATE FARM FIRE AND
  CASUALTY COMPANY                               DEFENDANT
```

---

**DEPOSITION OF TOMMY J. TOMPKINS, JR.**

---

Taken at the offices of Bryan, Nelson, Schroeder, Castigliola & Banahan, PLLC, 1103 Jackson Avenue Pascagoula , Mississippi, on Wednesday, January 25th, 2023, beginning at 2:00 p.m.


**APPEARANCES:**

LINDSEY TOPP, ESQUIRE   (Via Zoom)
Hair Shunnarah Trial Attorneys
2540 South I-10 Service Road West
Suite 300
Metairie, Louisiana   70001
       **ATTORNEY FOR PLAINTIFF**


H. BENJAMIN MULLEN, ESQUIRE
MICHAEL R. MOORE, ESQUIRE   (Via Zoom)
Bryan, Nelson, Schroeder,
  Castigliola & Banahan, PLLC
1103 Jackson Avenue
Pascagoula, Mississippi   39568
       **ATTORNEYS FOR DEFENDANT**

1  of the other staff members.
2  Q. And did you communicate your findings to
3  the other staff member who was going to write the
4  estimate and you guys have a discussion about it,
5  or just tell me how that worked.
6  A. Sometimes. But, you know, they'll take
7  my scope notes and write the estimate based on
8  what I put in the scope notes as being damaged.
9  Q. Okay. Understood. And then from about
10 January of 2021, was it from that point forward
11 that you were doing exclusively quality control
12 for ATA Loss Consulting?
13 A. Yes.
14 Q. Now, tell me a little bit about quality
15 control. What was your -- what did you actually
16 have to do as a quality control employee at ATA
17 Loss Consulting?
18 A. I would typically review the names, you
19 know, the spelling of the names, make sure the
20 address is accurate, look at the photos, check the
21 grammar in the photos, make sure, you know, the
22 words were being spelled properly and just do an
23 overview of the damages and the photographs.
24     Now, there was a reviewer that would
25 review it prior to my review and they would catch