```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                         EASTERN DIVISION

 3

 4     ROOSEVELT PARKER,                              PLAINTIFF

 5

 6     v.                    CAUSE No. 2:22-CV-45-HSO-BWR

 7
       STATE FARM FIRE AND
 8     CASUALTY COMPANY                               DEFENDANT

 9

10     _____

11            DEPOSITION OF TOMMY J. TOMPKINS, JR.

12     _____

13          Taken at the offices of Bryan, Nelson,
            Schroeder, Castigliola & Banahan, PLLC,
14          1103 Jackson Avenue Pascagoula,
            Mississippi, on Wednesday, January 25th,
15          2023, beginning at 2:00 p.m.

16

17     APPEARANCES:

18     LINDSEY TOPP, ESQUIRE   (Via Zoom)
       Hair Shunnarah Trial Attorneys
19     2540 South I-10 Service Road West
       Suite 300
20     Metairie, Louisiana  70001
                 ATTORNEY FOR PLAINTIFF
21

22     H. BENJAMIN MULLEN, ESQUIRE
       MICHAEL R. MOORE, ESQUIRE   (Via Zoom)
23     Bryan, Nelson, Schroeder,
          Castigliola & Banahan, PLLC
24     1103 Jackson Avenue
       Pascagoula, Mississippi  39568
25               ATTORNEYS FOR DEFENDANT
```

1  Loss Consulting in your early -- the early part of
2  your employment when you said you did some
3  inspections, do you know if any of those
4  inspections took place in the State of
5  Mississippi?
6      A.  I don't believe any of them were in the
7  State of Mississippi.
8      Q.  All right.  Now, when you left
9  employment or whatever arrangement you had with
10 ATA Loss Consulting, what was your reason for
11 leaving the company?
12     A.  I left because I didn't agree to
13 continue, you know, placing my name on every
14 single estimate.  That was the main reason that I
15 left, is I didn't -- no longer wanted to put my
16 name on something I didn't create, you know,
17 originally create.
18     Q.  All right.  Tell me about that.  Were
19 you being compelled to put your name on estimates
20 that weren't actually yours?
21     A.  Yes.
22     Q.  Who was making you do that?
23     A.  Austin Tanner.
24     Q.  And can you kind of you expound on that
25 a little bit?  What was your difficulty there with

1  putting your name on those estimates?
2       A.   Well, on the front page of the estimate
3  it says, claim rep and then it says, estimator,
4  and he wanted my name in both of those boxes.  But
5  the estimator box, based on what I felt, was
6  designed for the person's name who wrote the
7  estimate, and since I didn't originally create or
8  write the estimate I didn't feel that my name
9  should be in that particular box on the front
10 page.
11      Q.   What about the claim representative box?
12 Were you okay with that or did you have some
13 issues there as well?
14      A.   I didn't have issues there.  Just simply
15 because in the industry, you know, there is really
16 no true meaning to a claim rep in Xactimate, you
17 know.  It was always -- everybody had a different
18 interpretation of what should go there, you know.
19 And Xactimate was created, you know, for insurance
20 companies to write estimates and insurance
21 companies have, you know, what they call a claim
22 rep or a claim adjuster or whatever they call it.
23 And that box is typically designed to -- you know,
24 for that person who is writing that estimate to
25 put their name there.

1           But, the main part that I was concerned
2  about is where it said estimator.  Because I
3  didn't write the estimate, I didn't feel that it
4  was right for me to put my name there.
5      Q.   And did you have a discussion with
6  Mr. Tanner about that?
7      A.   I did.
8      Q.   What was his response?
9      A.   Well, his response was, you know, I'm an
10 expert and, you know, these other people involved
11 in inspecting the home and writing the estimate
12 are not.
13     Q.   And when you said, I am the expert, he
14 was referring to you, Tommy Tompkins, saying you
15 were an expert?
16     A.   Yes.
17     Q.   And that's why he wanted your name on
18 it, correct?
19     A.   Correct.
20     Q.   And the other people who are actually
21 creating the estimate weren't actually experts.
22 Is that your understanding?
23     A.   Yes.
24     Q.   Did ATA Loss Consulting provide any
25 training for the people who were actually doing