```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        EASTERN DIVISION

 3

 4     ROOSEVELT PARKER,                          PLAINTIFF

 5

 6     v.                   CAUSE No. 2:22-CV-45-HSO-BWR

 7
       STATE FARM FIRE AND
 8     CASUALTY COMPANY                           DEFENDANT

 9

10     _____

11            DEPOSITION OF TOMMY J. TOMPKINS, JR.

12     _____

            Taken at the offices of Bryan, Nelson,
13     Schroeder, Castigliola & Banahan, PLLC,
       1103 Jackson Avenue Pascagoula ,
14     Mississippi, on Wednesday, January 25th,
       2023, beginning at 2:00 p.m.
15

16

17     APPEARANCES:

       LINDSEY TOPP, ESQUIRE   (Via Zoom)
18     Hair Shunnarah Trial Attorneys
       2540 South I-10 Service Road West
19     Suite 300
       Metairie, Louisiana  70001
20          ATTORNEY FOR PLAINTIFF

21

       H. BENJAMIN MULLEN, ESQUIRE
22     MICHAEL R. MOORE, ESQUIRE   (Via Zoom)
       Bryan, Nelson, Schroeder,
23        Castigliola & Banahan, PLLC
       1103 Jackson Avenue
24     Pascagoula, Mississippi  39568
            ATTORNEYS FOR DEFENDANT
25
```

```
 1    prepare this estimate yourself?
 2         A.    Prepare?
 3         Q.    Yes, sir.  And if I'm using the wrong
 4    word, tell me about that.
 5         A.    I didn't create -- originally create
 6    this.
 7         Q.    Create.  I should have used that word.
 8    Did you create this estimate?
 9         A.    I did not.
10         Q.    Do you know who created it?
11         A.    Yes.
12         Q.    Who?
13         A.    This estimate was written or estimated
14    by Bill Tanner.
15         Q.    And who is Bill Tanner?
16         A.    I believe his formal name is William
17    Tanner, and that is Austin Tanner's father.
18         Q.    And does Austin Tanner's father work for
19    ATA Loss Consulting as well?
20         A.    He did when I resigned.  I don't know if
21    he still does.
22         Q.    Okay.  And do you know what his role --
23    Austin Tanner's father, Bill Tanner, do you know
24    what his role was there at ATA?
25         A.    He was the estimator -- or an estimator.
```

1  Q. In reviewing Exhibit 1, is there any way
2  that I can tell or that you can tell that Bill
3  Tanner actually created this estimate?
4  A. No.
5  Q. And can you tell from that document,
6  Exhibit 1, who else was involved in either the
7  inspection process or the creation of the
8  estimate? Can you tell who was involved in that
9  process?
10 A. No.
11 MR. OGDEN:
12       That is one you're going to need to look
13 at the pages on. He asked you a question. Is
14 there any way that you can tell. You're going to
15 have to look at every one of those pages to
16 determine if somebody else's name was on anything.
17 THE WITNESS:
18       Well, there is nowhere to put a name.
19 Like all these -- these pages are automatically
20 generated by Xactimate.
21 MR. OGDEN:
22       That's fine. If that's what you know,
23 then that's fine.
24 MR. MULLEN:
25  Q. Do you know who Patrick Curry is?

1   A.   Yes.
2   Q.   Who is Patrick Curry?
3   A.   He was formerly an inspector for ATA
4   Loss Consulting.
5   Q.   And when you say "inspector," what does
6   that involve?  Is that the guy that goes out and
7   looks at the property and takes pictures?
8   A.   Yes.
9   Q.   And does the inspector do anything else
10  other than that task, to your knowledge?
11  A.   They capture the Hover report.
12  Q.   Okay.  What is the Hover report?
13  A.   It's the roof and wall report, the
14  exterior of the home.
15  Q.   Is that something that you look at in
16  quality control as part of your review process?
17  A.   Yes.
18  Q.   And what do you look at that report for?
19  A.   That report will tell me the total
20  square footage of the roof based on Hover's
21  calculations and it will give you the same thing
22  for the exterior walls for the home.  You know,
23  again, that's based on Hover's calculations, but
24  you would compare that, you know, with what you
25  find in the estimate.

1   Q.   Okay.  Make sure the measurements are
2   accurate?
3   A.   Yes.
4   Q.   Do you know who Hali -- that's
5   H-a-l-i -- Pipkins is?
6   A.   Yes.
7   Q.   Who is Hali Pipkins?
8   A.   She was the reviewer that reviewed the
9   file prior to my quality control review.
10  Q.   All right.  And so correct me if I'm
11  wrong, but if I understand the process here,
12  Patrick Curry is the inspector.  Bill Tanner
13  creates the estimate.  Hali Pipkins is the
14  reviewer and then it gets to you, quality control,
15  and you give it your final work-over, and then
16  ultimately Austin Tanner, the president of ATA
17  Loss Consulting, is the last person to deal with
18  this or has anything to do with this commitment.
19  Would that be right?
20  A.   Typically, yes.
21  Q.   Okay.  Do you know what an audit trail
22  is in Xactimate?
23  A.   Yes.
24  Q.   What is that?
25  A.   It's a report that you can run in

1  Xactimate and you can view it or you can print it.
2  But it shows, you know, who was in that file.
3       Q.   So when you worked at ATA Loss
4  Consulting, would you have been able to run an
5  audit trail report on an estimate?
6       A.   I would be able.  It wasn't something
7  that I typically did.
8       Q.   Right.  I understand.  When you have
9  estimates -- and I know these are going through
10 this process from Mr. Curry, the inspector, to
11 Mr. Tanner, the estimator, to Ms. Pipkins, the
12 first reviewer -- are there multiple drafts or
13 more than one draft of an estimate before it gets
14 to the one that we're looking as Exhibit 1?
15      A.   I wouldn't call it a draft, but there
16 are different versions, you know.  Like the
17 version that started I with, you know, came from
18 Hali Pipkins and the version she started with came
19 from Bill Tanner, you know.  So those other people
20 that were involved in the claim before I was would
21 have their own version.
22      Q.   Okay.  And each of those people in that
23 structure from Mr. Curry through Mr. Tanner
24 through Ms. Pipkins to you, each person had the
25 ability to make some changes or, for lack of a

```
 1   better word, tweaks to the estimate depending on
 2   what they saw as part of that process?
 3        A.   Yes.
 4        Q.   All right.  And is it your understanding
 5   also that Mr. Tanner, Austin Tanner, would be able
 6   to also make changes even after you, at quality
 7   control, had reviewed it?
 8        A.   It's possible, yes.
 9        Q.   Do you know of any instance where
10   Mr. Austin Tanner did make changes to something
11   you reviewed as part of your quality control
12   process?
13        A.   Not that I'm aware of, but I wouldn't
14   have any way of knowing.
15        Q.   Right.  Because that went up above your
16   level?
17        A.   Correct.
18        Q.   All right.  Now, let's put that back
19   together.
20        A.   I thought you were going to let me keep
21   this.
22        Q.   The court reporter will pursue you if
23   you take it.  Thank you, sir.
24             Let me get this marked as Exhibit 2.
25   And Lindsey, this is Parker ECS 742 through 743 in
```