1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROOSEVELT PARKER,                          PLAINTIFF


v.                    CAUSE No. 2:22-CV-45-HSO-BWR


STATE FARM FIRE AND
CASUALTY COMPANY                           DEFENDANT

---

**DEPOSITION OF TOMMY J. TOMPKINS, JR.**

---

Taken at the offices of Bryan, Nelson,
Schroeder, Castigliola & Banahan, PLLC,
1103 Jackson Avenue Pascagoula ,
Mississippi, on Wednesday, January 25th,
2023, beginning at 2:00 p.m.


**APPEARANCES:**

LINDSEY TOPP, ESQUIRE   (Via Zoom)
Hair Shunnarah Trial Attorneys
2540 South I-10 Service Road West
Suite 300
Metairie, Louisiana  70001
          **ATTORNEY FOR PLAINTIFF**


H. BENJAMIN MULLEN, ESQUIRE
MICHAEL R. MOORE, ESQUIRE   (Via Zoom)
Bryan, Nelson, Schroeder,
  Castigliola & Banahan, PLLC
1103 Jackson Avenue
Pascagoula, Mississippi  39568
          **ATTORNEYS FOR DEFENDANT**

Simpson Burdine & Migues 228.388.3130
sbm@sbmreporting.com

Exhibit " R "
Page 1 of 4

```
 1    our production.

 2                        - - -

 3              (Exhibit 2 was marked.)

 4    MR. MULLEN:

 5         Q.   All right.  I'm going to show you this

 6    Exhibit 2, Mr. Tompkins, and you can take a moment

 7    to read it, if you would like, and I welcome you

 8    to do that before I start asking you a couple of

 9    questions about it.  You probably have not seen

10    that before?

11         A.   (Reviews document.)

12         Q.   Have you seen Exhibit 2 before today?

13         A.   I have not.

14         Q.   All right.  I want you to take a look

15    down there.  There's a section in that letter.

16    It's a letter from of Hair Shunnarah, and it was

17    sent to an employee of State Farm named Tito

18    Garcia, G-a-r-c-i-a.  It was sent by Lindsey Topp,

19    who is with us today.

20              And there is a section that says the

21    property damages, and underneath there it says,

22    This office -- meaning the law office -- has

23    arranged for the property to be thoroughly

24    inspected.  And we're talking about the property

25    of Roosevelt Parker according to the part at the
```

1   top where it says, my client, Roosevelt.  It says,

2   On or about August 4th, 2021, Roosevelt Parker

3   contracted a public adjuster Tommy Tompkins of ATA

4   Loss Consulting, LLC to inspect the property and

5   value the related damages.

6          Mr. Tompkins discovered extensive damage

7   to the property caused by the windstorm.

8   Mr. Tompkins documented $141,178.64 in damages to

9   the dwelling and $604.11 in damages to the

10  structures.  There were additional damages

11  sustained to Mr. Parker's personal property, which

12  we intend to submit at a later date.

13         So let me ask you, first of all, on

14  August 4th 2021, did Roosevelt Parker contract

15  with you to inspect his property and value his

16  related damages, to your knowledge?

17     A.   No.

18     Q.   Are you a public adjuster?

19     A.   No.

20     Q.   And further on that, did you discover

21  extensive damage to the property caused by

22  windstorm to Roosevelt Parker's property?

23     A.   No.

24     Q.   And did you document $141,178,64 in

25  damages to Mr. Parker's dwelling and $604.11 to

1    damages to other structures on Mr. Parker's

2    property?

3        A.    No.

4        Q.    Okay.  Thank you, sir.

5    MR. OGDEN:

6              Mr. Mullen, is there any way I might

7    have a copy of that letter?

8    MR. MULLEN:

9              Certainly.

10   MR. OGDEN:

11             Thank you.

12   MR. MULLEN:

13       Q.    Do you know an individual by the name of

14   Scott Berberich?

15       A.    Yes.

16       Q.    How do you know Mr. Berberich?

17       A.    Mr. Berberich was a colleague in the

18   National Flood Insurance world.  He is a fellow

19   flood adjuster.

20       Q.    How long have you know -- is it

21   Berberich.  Am I saying that wrong?

22       A.    Berberich.

23       Q.    Berberich.  And how long have you known

24   Mr. Berberich?

25       A.    Probably since 2016 or 2017.  I don't