
STATE OF ALABAMA  )

COUNTY OF MOBILE  )

    Before me the undersigned authority, a Notary Public in and for said State of Alabama at large, personally appeared Tommy Jerrell Tompkins, Jr., who is known to me, and who having been first duly sworn by me; now deposes, declares, and states as follows:

### Affidavit of Tommy Jerrell Tompkins, Jr.

1. My name is Tommy Jerrell Tompkins Jr. I reside at 5804 Chattanooga Dr, Satsuma, AL 36572. I am over the age of 19. I have personal knowledge of the following facts.

2. I was employed by ATA Loss Consulting, LLC (ATA), during 2021 and through the first five weeks in 2022. I worked under the direction and control of Austin Tanner. My job title of "Quality Control Review" was assigned to me by Austin Tanner. It was highly rare for me to actually function in any other capacity.

3. Again, my job function at ATA Loss Consulting, LLC, for the majority of 2021 and 2022 up until I resigned in the first week of February was Quality Control Review. Once the property was inspected by a Field Inspector, it would then be sent to an estimator to write an estimate of the damages found by the "Field Inspector". The damages were estimated using the "Xactimate" estimating program. This program is an industry standard. Once the estimator completed the estimate of damages, it would be then reviewed by an ATA reviewer. The reviewer would review the inspection photos and the damages in the estimate to ensure that the estimate reflects the damages found during the inspection. Once the reviewer completed their review of the estimate and photos, it would then be sent to 'Quality Control' wherein it would be reviewed by myself, Tommy Tompkins, functioning as the Quality Control Reviewer and as a part of the 'Quality Control Process'. This process was also known internally at ATA as "Final Review".

4. The 'Quality Control Process' at ATA Loss Consulting, LLC, which is directed by Austin Tanner, does encompass the steps mentioned above. It would consist of a review of the photos and estimated damages. During the QC process, I would check the names, address, Xactimate price list used, grammar, photos and photo labeling grammar, proper line items for itemized damages, and the final step was to generate PDF documents of the Xactimate estimate and photo sheets. At the direction of Austin Tanner, I was also instructed to place my name on these documents, even though I did not originally create these documents – a fact Austin Tanner fully understood based on my interaction with him. Nevertheless, I was employed by and under the direction/control of ATA and Austin

Exhibit "S"    1
Page 1 of 3

Tanner. To be clear, I was simply completing quality control of documents that were created by others. I had no independent personal knowledge of their work.

5. I did not complete the Xactimate estimate for Roosevelt Parker's home/damages. I did not inspect or reinspect the home for Roosevelt Parker and I have no firsthand knowledge of the damages or lack thereof for this property. The photos that are shown on the photo sheets, although they bear my name (among other names), it is important to state again that I did not take these photos. The photo sheets clearly indicate that the photos were taken/created by Matthew Parker. I was directed to enter my name on the photo sheets by Austin Tanner. These photos are accessed through a program known as "Company Cam", to which Austin Tanner provided all ATA employees with access to this particular computer program. These photo sheets were created by 'Company Cam' (another computer program), through a web portal that was controlled by Austin Tanner.

6. For clarity, the field inspectors for ATA typically photograph "Everything" and expect the estimator to take out what may not be recent damage or may not be damage related to the storm or event. I do not typically have full access to policy/DEC pages on most claims, therefore I am unsure if Roosevelt Parker had Replacement Cost coverage.

7. Applying depreciation to the finalized estimate was not part of the ATA procedure until late 2021, at which time Austin Tanner directed me to begin applying depreciation to the estimates. This matter was then discussed by me with Austin Tanner regarding the need for the age of materials in each respective home in order to properly depreciate materials, among others. Austin Tanner directed me to instead apply a flat 7-10% depreciation across the board for betterment unless we possessed knowledge of the age of the materials in question.

8. Based on my review of the Roosevelt Parker estimate, it appears that a flat 8% rate of depreciation was applied to all betterment to the home and 18% rate of depreciation was applied to the fencing.

9. Once all documents have been reviewed by me, the documents are printed to a PDF, wherein I generated a document that contained the estimate of damages and a document that contained all the labeled photos. These documents were then loaded into the ATA Loss Consulting, LLC's "MyCase.com portal", per Austin Tanner's direction. The "Hover Report" for the property is loaded into "MyCase.com" by the Field Inspector. Once all three (3) of these documents are loaded to the "MyCase portal", the claim is then processed by Austin Tanner. I did not generate invoices for the ATA services. This upload concluded my involvement in the Roosevelt Parker case.

10. Austin Tanner and ATA primarily used four computer programs in the completion of work. However, and at Austin Tanner's direction, Tanner reimbursed me for the cost of my Xactimate program since I already enjoyed that program rather than purchasing one outright for me to use. Once materials were uploaded in pdf format, I would not know if Austin Tanner changed any of the data. I did not have administrative privileges.

11. I did not complete the Roosevelt field inspection. Matt Parker completed the onsite work. I received his paperwork and pictures. I reviewed his paperwork and pictures during late January 2022.

12. I did not attend the reinspection that allegedly occurred after I had already resigned from ATA Loss Consulting, LLC. I have never been to the claimant's address. I basically assembled the paperwork and loaded the documents into computer programs that are controlled by Austin Tanner.

**FURTHER AFFIANT SAITH NOT.**

Dated this 19 day of January 2023.

_Tommy Jerrell Tompkins, Jr._

**STATE OF ALABAMA    )**
**COUNTY OF MOBILE    )**

Before me, a Notary Public in and for said County and State, appeared Tommy Jerrell Tompkins, Jr., who is known to me and who, after being duly sworn, states and declares he has read and understands the foregoing Affidavit, and the facts stated in the Affidavit are true and correct, and the Affidavit is based on personal knowledge.

Dated this 19 day of January 2023.

_Shelly Trotter Brown_
Notary Public
My Commission Expires: 05-20-2025

3