```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        EASTERN DIVISION

 3


 4    ROOSEVELT PARKER,                              PLAINTIFF

 5


 6    v.                    CAUSE No. 2:22-CV-45-HSO-BWR

 7
      STATE FARM FIRE AND
 8    CASUALTY COMPANY                               DEFENDANT

 9

10    _____

11          **DEPOSITION OF TOMMY J. TOMPKINS, JR.**

12    _____

             Taken at the offices of Bryan, Nelson,
13        Schroeder, Castigliola & Banahan, PLLC,
          1103 Jackson Avenue Pascagoula ,
14        Mississippi, on Wednesday, January 25th,
          2023, beginning at 2:00 p.m.
15


16
      **APPEARANCES:**
17
      LINDSEY TOPP, ESQUIRE   (Via Zoom)
18    Hair Shunnarah Trial Attorneys
      2540 South I-10 Service Road West
19    Suite 300
      Metairie, Louisiana  70001
20              **ATTORNEY FOR PLAINTIFF**

21

      H. BENJAMIN MULLEN, ESQUIRE
22    MICHAEL R. MOORE, ESQUIRE   (Via Zoom)
      Bryan, Nelson, Schroeder,
23      Castigliola & Banahan, PLLC
      1103 Jackson Avenue
24    Pascagoula, Mississippi  39568
                **ATTORNEYS FOR DEFENDANT**
25
```

1  not attend the re-inspection that allegedly
2  occurred after I had already resigned from ATA
3  Loss Consulting, LLC.  Is that true?
4      A.   That is correct.
5      Q.   And then you said, Further, I have never
6  been to the claimant's address, meaning
7  Mr. Parker.  You have never been to Mr. Parker's
8  address.  Is that true?
9      A.   That is correct.
10     Q.   I basically assembled the paperwork and
11 loaded the documents in the computer programs that
12 are controlled by Austin Tanner.  Is that also
13 true?
14     A.   Yes.
15     Q.   And then going back to the ATA Loss
16 Consulting estimate, Exhibit Number 1, would it be
17 true, Mr. Tompkins, that all of the estimated
18 figures in that ATA Loss Consulting estimate that
19 was ultimately to sent to my client, State Farm,
20 is all of that work in there the work of people
21 other than you?
22     A.   Are you referring to the line items that
23 are entered into the estimate?
24     Q.   Yes, sir.
25     A.   Yes.

```
 1        Q.   And then the ultimate totals that result
 2   from those line items, again, that would be the
 3   product of people other than you; is that correct?
 4        A.   That is correct.
 5        Q.   Okay.  And so whatever is contained in
 6   there would be their opinions and their
 7   observations, but not yours; is that correct?
 8        A.   That's correct.
 9        Q.   All right.  And you wouldn't have any
10   opinion, as we sit here today, as to whether or
11   not the actual substantive parts of that estimate
12   are accurate or not because somebody else
13   inspected and made those observations or decisions
14   about the estimate?
15        A.   That's correct.
16        Q.   And so let me go back and just ask you a
17   couple of things about you.  How far did you go in
18   school?
19        A.   I completed -- I think, if I remember
20   correctly, I was four credits shy, but I started
21   and almost completed grade 12.
22        Q.   And did you take a GED?
23        A.   Yes.
24        Q.   And did you have any post-high school or
25   post-GED education, like junior college, college?
```