```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                        EASTERN DIVISION
 4
 5   ROOSEVELT PARKER,
 6          Plaintiff,
 7
 8   VERSUS              CIVIL ACTION NO. 2:22-cv-45-HSO-BWR
 9
10   STATE FARM FIRE AND
11   CASUALTY COMPANY,
12          Defendant.
13
14
15
16
17
18
19
20      VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH
21
22      Taken via Zoom Videoconference Software, on
23      Tuesday, January 10, 2023, beginning at
24      1:00 p.m.
25
```

Exhibit " U "
Page 1 of 3

```
 1      A.    Not that I know of.
 2      Q.    Other than these 15 to 20 cases where you
 3  are serving as an expert witness through ATA, have
 4  you ever, in your career, served as an expert
 5  witness in a lawsuit?
 6      A.    No.
 7      Q.    Have you ever worked as a roofer before?
 8      A.    No.
 9      Q.    Other than the eight or ten mitigation
10  jobs we talked about, do you have any contracting
11  experience?
12      A.    No.
13      Q.    Do you have any engineering experience?
14      A.    No.
15      Q.    In what fields do you consider yourself
16  to be an expert?
17      A.    At storm damage assessment.
18      Q.    And what does that entail?
19      A.    Inspecting a loss, looking at damage,
20  damage to the exteriors, the roof, the interiors,
21  looking at the water patterns of the damage,
22  determining the approximate extent of what needs
23  to be repaired, or in some cases, if it is going
24  to exceed a policy limit, then it might be a total
25  loss.
```

```
 1            But, primarily, it's assessing storm
 2   damage and what is typical storm-related damages
 3   versus damages that are ongoing, leaks, whether
 4   they be from plumbing, or pipe bursts, or leakage
 5   from long-term leaks from vents, or assessing what
 6   things need to be detached, reset, replaced in
 7   order to make the repairs, analyzing -- analyzing
 8   the patterns.  And using my experience of
 9   investigating thousands of claims and to
10   determine, you know, if it is storm-related or if
11   it's something that appears to be an ongoing
12   issue, as far as leakage.
13       Q.   So to kind of put that in a nutshell, you
14   are holding yourself out as an expert in being
15   able to determine the cause of the damage and the
16   repairs required to fix the damage; is that
17   accurate?
18       A.   Can you say that one more time?
19       Q.   Yes.  So you are holding yourself out to
20   be an expert to determine the cause of the damage
21   and the repairs required to fix the damage; is
22   that correct?
23       A.   Yes.
24       Q.   Okay.  How is -- other than -- outside of
25   compensation, how is that different than what a
```