```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 3                      EASTERN DIVISION
 4
 5   ROOSEVELT PARKER,
 6            Plaintiff,
 7
 8   VERSUS              CIVIL ACTION NO. 2:22-cv-45-HSO-BWR
 9
10   STATE FARM FIRE AND
11   CASUALTY COMPANY,
12            Defendant.
13
14
15
16
17
18
19
20        VIDEOCONFERENCE DEPOSITION OF SCOTT BERBERICH
21
22        Taken via Zoom Videoconference Software, on
23        Tuesday, January 10, 2023, beginning at
24        1:00 p.m.
25
```

```
 1   any videos of Mr. Parker's property?
 2        A.   None that I'm aware of.
 3        Q.   What I've put on the screen is what we
 4   previously marked as Exhibit 7, which is the
 5   estimate prepared by Tommy Tompkins.  Is that
 6   correct?
 7        A.   Yes.
 8        Q.   Can you tell, from looking at this
 9   estimate, what pricing list was used?
10        A.   January '22, Mississippi, it looks like
11   Harrison County.
12        Q.   And when you are selecting --
13        A.   I'm sorry.  Hattiesburg.  My bad.
14        Q.   Okay.  When you are selecting a price
15   list, are you supposed to choose the date of loss
16   or some other date?
17        A.   That depends on when you are writing the
18   estimate.  To me, in my opinion, you should always
19   use it -- use the one, the current one at the time
20   you are writing the estimate.
21        Q.   Do you know how depreciation was
22   calculated in this estimate?
23        A.   It was done based on percentage.  I have
24   not looked at every -- I have not looked at every
25   line item, but I believe the majority of the line
```

```
 1   items appear to be based on percentage.
 2       Q.   Let's look at, for example, start with
 3   Line Item Number 3 for the sheathing, and there's
 4   a dollar amount stated for depreciation of
 5   $560.25.  Do you know how that amount was
 6   calculated?
 7       A.   That's something that Tommy would have
 8   done.
 9       Q.   Do you know how he did it?
10       A.   I believe he did it based on a
11   percentage.
12       Q.   And do you know how he generated that
13   percentage?
14       A.   In Xactimate.
15       Q.   And do you know where he gathered the
16   numbers that created that percentage?
17       A.   Okay.  So, in Xactimate, you can --
18   there's several options you can choose on how to
19   apply depreciation.  He would typically choose
20   percentage.
21       Q.   All right.  And that's a --
22       A.   And choose a percentage -- I'm sorry.
23   Say it again.
24       Q.   No.  I was talking over you.  I
25   apologize.
```